IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BERNELL S., JR.,

    Plaintiff,

v.                                          No. 99-1260-B/P

CORRECTIONS CORPORATION OF
AMERICA, et al.,

    Defendants.

---

### ORDER OF REFERENCE

---

The above matter is hereby referred to Magistrate Judge Tu Pham for all discovery and non-dispositive motions presently pending and/or filed during the course of this litigation.

**IT IS SO ORDERED** this ___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 1:99-CV-01260 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT