IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 JUN -9 PM 4: 32
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| BERNELL S., JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No.: <u>1:99-1260 Bre-P</u> |
| | ) |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al,. | ) |
| | ) |
| Defendants. | ) |

### AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05


90

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 1:99-CV-01260 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT